IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MIGUEL MOLINA, | ) | 1:08-at-00472 |
| | ) | |
| | ) | ORDER REQUIRING PLAINTIFF |
| | ) | TO SUBMIT NEW |
| | ) | IN FORMA PAUPERIS |
| Plaintiff, | ) | APPLICATION |
| | ) | (Document 4) |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On August 18, 2008, Plaintiff filed the present action in this Court. Plaintiff seeks review of the Commissioner's denial of his application for benefits. In addition, on August 18, 2008, Plaintiff filed an Application to Proceed Without Prepayment of Fees and Affidavit. (Document 4) However, Plaintiff's application and affidavit are incomplete. Accordingly, Plaintiff is ORDERED to submit a new application to proceed in forma pauperis within twenty (20) days of the date of this Order. The Clerk of this Court shall send Plaintiff a new application to proceed without prepayment of fees.

Failure to comply with this order may result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   **September 8, 2008**          **/s/ Gary S. Austin**

1

1   UNITED STATES MAGISTRATE JUDGE
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28