# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL MOLINA, | NEW CASE NUMBER:<br>     1:08-CV-1473 AWI SMS |
| Plaintiff, | |
| v. | OLD CASE NUMBER:<br>     1:08-CV-1473 SMS |
| COMMISSIONER OF SOCIAL SECURITY, | ORDER VACATING ORDER ASSIGNING MAGISTRATE JUDGE AS PRESIDING JUDGE OVER THIS ACTION |
| Defendant. | (Document #15) |

    On October 22, 2008, the court assigned this action to United States Magistrate Judge Sandra M. Snyder as the Presiding Judge to conduct all further proceedings based on the parties' consent. However, a careful review of the docket reveals that Plaintiff has never consented to Magistrate Judge jurisdiction. While on the docket for this action there is a docket entry that stating Plaintiff's consent to Magistrate Judge Jurisdiction, the document linked to this docket entry is a copy of the court's briefing schedule. As such, Plaintiff did not properly consent, and the court should not have reassigned this action to Judge Snyder for all purposes.

    Accordingly, the court's October 22, 2008 order is VACATED, and this action is REASSIGNED to the undersigned as Presiding Judge with a referral to Magistrate Judge Snyder. All future pleadings shall be number as follows: 1:08-CV-1473 AWI SMS.

IT IS SO ORDERED.

Dated:   October 31, 2008            /s/ Anthony W. Ishii
                                CHIEF UNITED STATES DISTRICT JUDGE